UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

| | |
|---|---|
| MARIAN DUBAR,<br>    Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLC, f/k/a GREEN TREE SERVICING and NODELL, GLASS & HASKELL, LLP,<br>    Defendants. | **JUDGMENT IN A CVIIL CASE**<br>**CASE NO. 7:17-CV-58-BR** |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendants' motion to dismiss is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on September 22, 2017, and Copies to:**

Marian Dubar (via US Mail to 24214 Andrew Jackson Hwy E, Bolton, NC  28423)

D. Kyle Deak (via CM/ECF Notice of Electronic Filing)

Theodore Adelbert Nodell , Jr. (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | PETER A. MOORE, JR., CLERK |
| September 22, 2017 | _____<br>(By) Susan K. Edwards, Deputy Clerk |